AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
United States District Court
Western District of Arkansas
February 27 2025
Office of the Clerk

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| WHITNEY NICOLE CLAYBAUGH | Case No.  2:23CR20008-001 |
| | USM No.   79977-509 |
| | Kevin Lammers |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations:  1 through 7   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | August 2, 2023 |
| 2 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | August 22, 2023 |
| 3 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | September 5, 2023 |
| 4 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | October 23, 2023 |
| 5 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | February 5, 2024 |
| 6 | Special Condition #6:  Use or Possess Alcohol or Alcoholic Beverages | June 25, 2024 |
| 7 | Mandatory Condition #1:  New Law Violation | July 31, 2024 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Upon motion of the Government, the Court dismissed condition(s) _____ and the defendant is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  7198

Defendant's Year of Birth:  1989

City and State of Defendant's Residence:
Van Buren, Arkansas

February 26, 2025
Date of Imposition of Judgment

/s/ Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, Chief U.S. District Judge
Name and Title of Judge

February 27, 2025
Date

Judgment — Page 2 of 2

DEFENDANT: WHITNEY NICOLE CLAYBAUGH
CASE NUMBER: 2:23CR20008-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**Twenty-four (24) months with credit for time served in federal custody, to run consecutive to the sentence imposed in Docket No. 2:24CR20015-002. There will be no term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL